16cv1677
PKC

United States District Court        2. Amended
Eastern District of New York        Complaint
Nathaniel Williams
                Against
The City of New York

FILED IN CLERK'S OFFICE US DISTRICT COURT E.D.N.Y. ★ FEB 13 2017 ★ BROOKLYN OFFICE

On December 4, 2012 while handcuff laying on the street floor a Hispanic officer known as Morales ask me why I ran, I told him a man pointed a gun at me, he stated they only wanted to question me. Once he search me the black officer, same person who pointed a gun at me and hit me with the unmarked police car known as Officer Hirsh, ask me about a guy name Foster and that I will not be arrested if I buy PCP from him. I said no, he ask me if Fostor was home. I said I dont know, he said since I dont want to cooperate I'm going to Riker Island.

On trial officer Hirsh and Morales statement's was inconsist and fabricated without any factual proof or evidance, there was no unmarked police car broken into or bags involved at all. Due to the fact I wouldn't comply to assist them, they maliciously placed false charges against me.

**MID-STATE CORRECTIONAL FACILITY**
P.O. BOX 2500
MARCY, NEW YORK 13403

NAME: Nathaniel Williams  DIN: 15A0214

NY 130
10 FEB '17
PM 3 L

neopost
02/10/2017
US POSTAGE $000.46⁰

FIRST-CLASS MAIL

ZIP 13403
041L11251108

Honorable Pamela K. Chen
Eastern District of New York
225 Cadman Plaza East
Brooklyn, N.Y. 11201

11201-183299

Legal Mail